IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLESHAUN A. COX,<br><br>Defendant. | Case No. 2:23CR 84<br><br>18 U.S.C. § 242<br>Deprivation of Rights Under Color of Law<br>(Count 1) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Introduction

At all times relevant to this offense:

1. Defendant CLESHAUN A. COX served as an Officer with the Portsmouth Police Department (PPD) in Portsmouth, Virginia.

2. On May 27, 2019, the defendant was in uniform, on duty, and acting in his official capacity as a PPD officer in the Eastern District of Virginia.

3. Victim 1, an individual known to the United States, was a 17-year-old minor female.

## COUNT ONE
(Deprivation of Rights Under Color of Law)

On or about May 27, 2019, at or near Portsmouth, Virginia, in the Eastern District of Virginia, the defendant, CLESHAUN COX, while acting under color of law, willfully deprived Victim 1 of her fundamental right to bodily integrity, a right secured and protected by the Constitution and laws of the United States, when he penetrated Victim 1's vulva with his penis without Victim 1's consent. The offense included aggravated sexual abuse and kidnapping and resulted in bodily injury to Victim 1.

(In violation of Title 18, United States Code, Section 242).

JESSICA D. ABER
United States Attorney

By: _____
E. Rebecca Gantt
Assistant United States Attorney

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

By: _____
Kathryn E. Gilbert
Special Litigation Counsel