

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Sheriff  
Southampton County Jail  
22336 Main Street  
Courtland, VA 23837  
757-653-2100

CRIMINAL NO.: 2:23cr84

WE COMMAND YOU to surrender the body of <u>Cleshaun A. Cox</u> detained under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy. The said United States Marshal is directed to produce the body before the United States District Court for the Eastern District of Virginia, at 600 Granby Street, Norfolk, Virginia, on the 12th day of July, 2023 and at such other times as this Court may direct, then and there to do, submit to, and receive whatsoever the Court shall then and there determine. The body thereafter shall forthwith be returned by the United States Marshal to the above-referenced institution and custody, and you have then and there this writ.

WITNESS, the Honorable Robert J. Krask, Magistrate Judge of the United States District Court for the Eastern District of Virginia, at Norfolk, Virginia, this 29th day of June, 2023.

FERNANDO GALINDO, CLERK

By: /s/  
D. Brandt, Deputy Clerk